ACCEPTED
04-15-00487-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/2015 12:26:52 PM
KEITH HOTTLE
CLERK

NO. 04-15-00487-CV

## In the Fourth Court of Appeals
## San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/2015 12:26:52 PM
KEITH E. HOTTLE
Clerk

CONOCOPHILLIPS COMPANY et al.

v.

LEON OSCAR RAMIREZ, JR. et al.

_____

**APPELLEES' CERTIFICATE OF CONFERENCE ON MOTION TO REINSTATE APPEAL**

_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

Alberto Alarcon, counsel for Leon Oscar Ramirez, Jr. and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Appellees and Cross-Appellants, certifies that prior to the filing of the Motion to Reinstate Appeal (on November 18, 2015), counsel for Leon Oscar Ramirez, Jr. spoke to counsel for ConocoPhillips Company regarding the motion for relief from stay in the Bankruptcy Court. Counsel for ConocoPhillips Company wrote a letter, attached to the order lifting stay, stating that it did not oppose the motion for relief from stay to allow this appeal to proceed. Additionally, the undersigned, Alberto Alarcon, has spoken to counsel for Appellants ConocoPhillips Company and Rodolfo C. Ramirez regarding the Motion to Reinstate Appeal. Neither opposes the Motion to Reinstate the Appeal.

1

/s/ Alberto Alarcon
Alberto Alarcon
   State Bar No. 00968425
HALL, QUINTANILLA & ALARCON, LC
P.O. Box 207
1302 Washington
Laredo, Texas  78042-0207
(956) 723-5527
(956) 723-8168 (fax)
aalarcon@sbcglobal.net

Lisa Bowlin Hobbs
   State Bar No. 24026905
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas  78731
(512) 476-6000
(512) 476-6002 (fax)
lisa@kuhnhobbs.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 30th day of November, 2015, to the following parties and counsel as designated:

Michael V. Powell                                      via e-service
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

John A. Kazen                                          via e-service
211 Calle del Norte, Suite 100
Laredo, Texas 78041-6237

Bruce J. Werstak, III                                  via e-service
6721 McPherson Road, Suite 360
Laredo, TX 78041

Jesse R. Castillo                                      via e-service
Bank of America Plaza, Suite 1020
300 Convent St.
San Antonio, Texas 78205

                                      /s/ Alberto Alarcon
                                      Alberto Alarcon